

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:04-cr-206-J-20MCR

JAMAL SHAKIR

_____/

## ORDER

Before this Court are two Reports and Recommendations entered by the United States

Magistrate Judge.  First, Magistrate Judge Richardson issued a Report and Recommendation

(Doc. No. 613, filed July 27, 2005) recommending that Defendant's Motion to Suppress Oral

Statements (Doc. No. 303, filed February 2, 2005) be denied.  Second, Judge Richardson filed a

Report and Recommendation (Doc. No. 638, filed on August 5, 2005) recommending that

Defendant's Motion to Suppress Handgun and Items Seized During "Inventory Search" (Doc.

No. 434, filed April 26, 2005) be denied.  Defendant Shakir filed objections only to the Report

and Recommendation regarding the items seized from his vehicle (Doc. No. 657, filed August

15, 2005), all of which are arguments which were expressly raised and rejected by Judge

Richardson in his Order.  Upon thorough consideration of the Reports and Recommendations and

Defendant's objections, and upon conducting an independent de novo review of the entire record

in this matter, the Magistrate Judge's Reports and Recommendations (Docs. Nos. 613 and 638)

are **ADOPTED**, and are specifically incorporated into this Order.

Accordingly, the Defendant's Motion to Suppress Oral Statements from Hospital (Doc. No. 303) is **DENIED**.  Defendant's Motion to Suppress Handgun and Other Items Seized During "Inventory Search" (Doc. No. 434) is likewise **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Clyde M. Collins, Jr., Esq.
O. David Barksdale, Esq.
William E. Folsom, Esq.
Gerald Scott Bettman, Esq.
Thomas George Fallis, Esq.
Charlie Lee Adams, Esq.
Quentin Till, Esq.
Robert Calvin Rivers, Esq,
Daniel A. Smith, Esq.
William Charles Fletcher, Esq.
Michael W. Johnson, Esq.
David Gerhardt Mengers, Esq.
D.J. Pashayan, AUSA